**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | | |
|---|---|---|
| CHRISTOPHER HALL, | : | |
| | : | Civil Action No. 14-0069(SRC) |
| Petitioner, | : | |
| | : | |
| v. | : | **OPINION** |
| | : | |
| STEPHEN D'ILIO, et al., | : | |
| | : | |
| Respondents. | : | |

This matter comes before the Court upon Petitioner's request for the status of his case as it relates to his pending appeal in the Third Circuit Court of Appeals. (ECF Nos. 25, 26.) On July 10, 2015, Petitioner filed a Notice of Appeal. (ECF No. 17.) Three days later, Petitioner filed a motion to reopen proceedings in this Court (ECF No. 16), and the Third Circuit stayed Petitioner's appeal. (ECF No. 20.) Petitioner sought reconsideration of this Court's Opinion and Order denying his habeas petition because he never received the Respondent's Answer and attached exhibits, and he did not have an opportunity to file a traverse. (ECF No. 16.)

On July 27, 2015, this Court granted Petitioner's motion to reopen, directed Respondent to provide Petitioner with a copy of the Answer to his habeas petition and all exhibits thereto; and

directed Plaintiff to submit to this Court a supplemental brief in support of his motion for reconsideration, together with his proposed traverse to the Answer, by August 7, 2015. (ECF No. 21.)

Respondent complied with this Court's Order by sending to Petitioner copies of the Answer with attachments thereto. (ECF No. 24.) Petitioner never filed a supplemental brief or proposed traverse. Therefore, in the accompanying Order, the Court will deny Petitioner's motion for reconsideration and dismiss this matter with prejudice.

Dated: 12/14/15

STANLEY R. CHESLER
United States District Judge